# United States District Court
## District of Oregon

UNITED STATES OF AMERICA

FILED'06 JAN 17 15:00USDC-ORE

v.

JONATHAN MARK CHRISTOPHER PAUL

**CRIMINAL COMPLAINT**

CASE NUMBER 06-20005m

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about July 21, 1997 in Redmond, Deschutes County, in the District of Oregon, Defendant JONATHAN MARK CHRISTOPHER PAUL unlawfully and willfully caused and aided, abetted, counseled, commanded, induced, and procured the malicious damaging and destroying, by means of fire and an explosive, of a building and other real and personal property used in interstate commerce and used in activities affecting commerce, namely, a building and its contents located at Cavel West horse meat packing plant, located at 11607 Railroad Boulevard, Redmond, Deschutes County, Oregon; in violation of Title 18 United States Code, Section(s) 844(i).

I further state that I am a Special Agent of the Federal Bureau of Investigation and that this complaint is based on the following facts: See attached Affidavit hereto

Continued on the attached sheet and made a part hereof:     X Yes     ☐ No

_____
Paul E. Caldwell, Jr., Complainant

Sworn to before me and subscribed in my presence,

1/17/06                                at     Eugene, Oregon
_____              _____
Date                                         City and State

Thomas M. Coffin, U.S. Magistrate            _____
Name & Title of Judicial Officer             Signature of Judicial Officer

AFFIDAVIT FOR COMPLAINT

I, Paul E. Caldwell, Jr., first being duly sworn, depose and state:

I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI), and have so been employed for sixteen years. I am authorized as such to investigate violations of Title 18 of the United States Code, including Title 18 Section 844(i), Arson, relating to the destruction of property by arson. I have two years experience investigating environmental and animal rights extremist motivated violent acts, including arson.

This affidavit is submitted to support a complaint and arrest warrant charging Jonathan Mark Christopher Paul (hereinafter Jonathan Paul or Paul), a white male, date of birth January 31, 1966, with the arson of Cavel West horse meat packing plant, located at 11607 Railroad Boulevard, Redmond, Oregon, on July 21, 1997, in violation of Title 18 Section 844(i), Arson.

I am currently assigned to investigate a series of arsons which occurred from 1996 through 2001, including the arson described above, linked to groups calling themselves the Earth Liberation Front (ELF) and Animal Liberation Front (ALF). As part of my duties I have spoken with other investigators who conducted investigation into these arsons. As a result, I have become aware of the following information:

I have reviewed reports prepared by Special Agent John Comery, U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), that revealed the Cavel West fire was caused by an incendiary device. SA Comery concluded that two additional incendiary devices were placed at the facility but did not function. In addition, a white gelatinous substance emitting a petroleum odor was located on the floor near one of the devices that did not function.

I reviewed a report dated March 10, 1998, prepared by Bradley D. Cooper, ATF Forensic

Chemist, Walnut Creek, California, wherein Cooper states an analysis of the suspected accelerant revealed it to be a mixture of gasoline and heavy petroleum distillate, which includes such liquids as diesel fuel and #2 fuel oil. Cooper also detected soap residue in three accelerant samples.

I reviewed a report written by FBI Special Agent John Ferreira in which I learned that Ferreira spoke with a confidential source (CS-1) who stated that s/he was involved in a conspiracy with others to set the fire at Cavel West horse meat packing plant in Redmond, Oregon, on July 21, 1997 and did set the fire. CS-1 said other involved persons included white male Jonathan Paul. CS-1, Paul, and other(s) did a "dry-run" of the Cavel West plan approximately one week before the arson. SA Ferreira showed CS-1 several photographs, from which CS-1 positively identified Jonathan Paul.

CS-1 further told Ferreira that Jonathan Paul prepared the gasoline/diesel fuel used in the arson by adding soap, which was ground up and added to the gasoline/diesel fuel to thicken it and thereby slow the burning process.

CS-1 told Ferreira that on the night of the arson, CS-1, Paul, and an unknown female carried five gallon buckets of fuel by hand along with one gallon jugs of fuel in backpacks. Paul and the unknown female set up an incendiary device at the office under construction. CS-1 said an incendiary device at a different location at Cavel West prematurely ignited. CS-1 surmised that fuel was splashed on the timing device which caused a premature ignition.

On January 17, 2006, I spoke with SA Ferreira, who confirmed that Cavel West does business in interstate commerce in that they shipped products outside of the state and received products from places outside of Oregon.

On December 20, 2005, I learned from FBI Special Agent Tony Torres, Seattle, Washington, that on December 16, 2005, SA Torres spoke to a confidential source (CS-3) who

admitted his/her involvement in the arson of the Cavel West horse meat packing plant on July 21, 1997. CS-3 said that Jonathan Paul prepared the incendiary device mixture by adding soap to a flammable liquid. Paul directed CS-3 to cut up soap into small pieces, which Paul then added to the fuel at Paul's residence in Southern Oregon. Paul and CS-3 drove with the incendiary mixture to Cavel West. At the Cavel West arson site, Paul and CS-3 served as look-outs while other(s) positioned incendiary devices. CS-3 said that one of the devices ignited unexpectedly into a fireball.

Based on the foregoing and my sixteen years investigative experience, I have probable cause to believe that on July 21, 1997, in Deschutes County, Oregon, in the District of Oregon, Jonathan Paul committed the arson of the Cavel West horse meat packing plant located at 11607 Railroad Boulevard, Redmond, Oregon, in violation of Title 18 Section 844(i), Arson.

I have discussed the complaint and accompanying affidavit with Assistant Untied States Attorney Kirk Engdall, who informed me that in his opinion the complaint and affidavit are legally and factually sufficient.

_____
PAUL E. CALDWELL, JR.
Special Agent
Federal Bureau of Investigation

Subscribed and Sworn to before me and in my presence this 17th day of January, 2006.

_____
THOMAS M. COFFIN
United States Magistrate Judge
District of Oregon