BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
WILLIAM E. FITZGERALD, OSB #915151
Assistant United States Attorney
bud.fitzgerald@usdoj.gov
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401-2708
Telephone: (541) 465-6771
Facsimile: (541) 465-6917
Attorneys for the United States

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 6:06-CR-60011-AA |
| v. | **GOVERNMENT'S NOTICE OF ATTORNEY REASSIGNMENT** |
| JOSEPH DIBEE ET AL, | |
| Defendant. | |

The United States of America, by and through Billy J. Williams, United

States Attorney for the District of Oregon, and William E. Fitzgerald, Assistant

United States Attorney, respectfully notifies the Court that the above-entitled

matter has been reassigned from Assistant United States Attorney Stephen F.

GOVERNMENT'S NOTICE OF ATTORNEY REASSIGNMENT

Peifer and Assistant United States Attorney Nathan J. Lichvarcik to Assistant

United States Attorney William E. Fitzgerald.

      DATED this 15th day of December 2015.

                              BILLY J. WILLIAMS
                              United States Attorney

                              */s/ William E. Fitzgerald*
                              WILLIAM E. FITZGERALD
                              Assistant U.S. Attorney

GOVERNMENT'S NOTICE OF ATTORNEY REASSIGNMENT